**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 09-4100 ODW(AJWx) | Date | August 7, 2009 |
|---|---|---|---|
| Title | Hyo Seon Moon v. America's Wholesale Lender, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):      Order Dismissing Case for Failure to Pay Required Fees and Failure to Comply With the Court's Order**

On June 25, 2009 the Court issued an Order to Show Cause [6] why this case should not be dismissed for failure to pay the required fees. The order required a response by plaintiff(s) to be filed on or before July 6, 2009.

As of this date, no response has been filed and no payment has been made. Accordingly, and in accordance with Rule 41(b) of the Federal Rules of Civil Procedure, the Court hereby DISMISSES this case without prejudice.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |